UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
APR 26 2006
CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ROBERT BELT, | CIV. 05-4022 |
| Plaintiff, | |
| vs. | |
| MICHELLE BOYD, Warden, Minnehaha County Jail; HELEN KELLEN; JUNE ODENS; LT. DEVLIN; SGT. ARNTZ; C.O. CARLSON; RANDY DERADD, Med. Staff; all in their official and individual capacities, | ORDER |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Defendants filed Motions for Summary Judgment, Docs. 55 and 63. Plaintiff did not file a response to Defendants' motions. In a letter dated February 25, 2006, and filed on March 2, 2006, Doc. 62, Plaintiff requested a complete copy of his medical records and pill-line sign-off sheets between the dates of November 24, 2004 and February 20, 2005. This letter was sent by Plaintiff before Defendants filed their summary judgment motions. Thus, at the time Plaintiff wrote the February 25, 2006 letter, he may not have had the medical records that have been filed with the Court. The Court will require Defendants to inform the Court whether the Minnehaha County Jail has medical records related to Plaintiff's claims in this action that have not been produced to Plaintiff in discovery or filed in support of their summary judgment motions. Accordingly,

IT IS ORDERED that, on or before May 8, 2006, Defendants shall inform the Court and Plaintiff whether the Minnehaha County Jail has medical records related to

Plaintiff's claims in this action that have not been produced to Plaintiff in discovery or filed with the Court.

Dated this __26ᵗʰ__ day of April, 2006.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
By: _Shelly Margulies_ , Deputy
(SEAL)

2